**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **CINSEREE JOHNSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| vs. ) | No. 3:11-CV-1912-0-BH |
| ) | |
| **AT & T,** ) | |
| ) | |
| **Defendant** ) | **Referred to U.S. Magistrate Judge** |

**ORDER**

Pursuant to Special Order No. 3-251, this case has been automatically referred for pretrial management. Before the Court is *Plaintiff's Motion for Extension of Time to File Additional Financial Information,* filed September 19, 2011 (doc. 6). The motion is **GRANTED**.

Plaintiff filed this case along with a non-standard *Affidavit of Poverty* on August 4, 2011. On August 5, 2011, the Court issued a notice and order stating that her affidavit did not provide enough information for a determination of whether she should be allowed to proceed *in forma pauperis.* Enclosed with the order was a standard application to proceed without prepayment of fees or costs to obtain more information about her ability to pay the fee. The order provided that the application must be completed and returned within thirty days and warned that failure to timely file a completed application could result in the dismissal of the action for failure to prosecute. Because Plaintiff failed to timely respond, dismissal of her case pursuant to Fed. R. Civ. P. 41(b) for want of prosecution was recommended on September 16, 2011. (*See* doc. 5.)

The September 16, 2011 findings, conclusions, and recommendation are hereby **VACATED**. Plaintiff's motion for an extension is granted, and she may file her application to proceed *in forma pauperis* **no later than October 5, 2011.**

**SO ORDERED on this 20th day of September, 2011.**

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE